# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMRA L. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-07-576-HE |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff Tamra L. Crawford instituted this action seeking judicial review of the defendant Commissioner's final decision denying her application for supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Doyle W. Argo, who has recommended that the Commissioner's decision be affirmed. The plaintiff has filed an objection to the Report and Recommendation, reurging arguments made to the magistrate judge.

The plaintiff filed her application for benefits in July, 2003, and, when it was denied initially and on reconsideration, she requested a hearing before an Administrative Law Judge ("ALJ"). After the hearing at which the plaintiff appeared with counsel and a vocational expert testified, the ALJ issued his decision concluding that the plaintiff was not entitled to benefits. The ALJ determined that, while the plaintiff had severe impairments, she retained the residual functional capacity ("RFC") to perform a wide range of light work.[1] Finding that

---

[1] *The ALJ found, however, that the plaintiff should avoid all exposure to dangerous machinery and could not perform a full range of light work activity.*

there were jobs existing in significant numbers in the national economy that the plaintiff could perform, consistent with her RFC, age, education and work experience, the ALJ concluded the plaintiff was not disabled within the meaning of the Social Security Act. When the Appeals Council denied the plaintiff's request for review, the ALJ's decision became the final decision of the Commissioner.

Having given the plaintiff's objections de novo review, the court agrees with the magistrate judge that the ALJ did not fail to adequately develop the medical record or err in his credibility analysis. Accordingly, the court adopts Magistrate Judge Argo's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 30th day of April, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE